UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Integrated Molding Concepts,
Inc., a Minnesota corporation,

                Plaintiff,

vs.                           ORDER ADOPTING
                              REPORT AND RECOMMENDATION

Stopol Auctions L.L.C., an
Ohio limited liability company;
Stopol, Inc., an Ohio corporation
and Does I through IV and Moes
I through IV,

                Defendants.         Civ. No. 06-5015 (PJS/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Stopol Defendants' Motion to Transfer or Dismiss [Docket No. 38] is granted in part, and that this action is transferred to the United States District Court for the Northern District of Ohio, Eastern Division.

Dated: 8/6/07                                                           s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz
                                                                 United States District Judge